No. 5540. TAYLOR *v.* ILLINOIS. Sup. Ct. Ill. Petition for certiorari dismissed pursuant to Rule 60 of the Rules of this Court.